# THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| MATTHEW WAYN HEAD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 26-1180 |
| | ) | |
| FEDERAL MINE SAFETY AND | ) | |
| HEALTH REVIEW COMMISSION; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SECRETARY OF LABOR, | ) | |
| MINE SAFETY AND HEALTH | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## Petition for Review of a Decision of the
## Federal Mine Safety and Health Review Commission

Pursuant to § 106(a)(1) of the Federal Mine Safety and Health Act of 1977, 30 U.S.C. § 816(a)(1), and Federal Rule of Appellate Procedure 15(a), Petitioner Matthew Wayn Head petitions this Court for review of the Federal Mine Safety and Health Review Commission's June 10, 2026 Order in *Secretary of Labor, Mine Safety and Health Administration, on behalf of Brek Pinkerton v. RMC Mining Development, LLC, Russ Myers, American Mining Properties, LLC, and Matthew Wayn Head*, FMSHRC Docket No. WEST 2024-0114, MSHA Case No. RM-MD-2024-01.

Venue is proper in this Court under 30 U.S.C. § 816(a)(1), which authorizes a person adversely affected by a Commission order to seek review in the United States Court of Appeals for the District of Columbia Circuit. Petitioner is adversely affected by the Commission's Order because it denied his motion to reopen the discrimination proceeding and to relieve him from the default order entered against him, thereby leaving the default decision and monetary relief in place.

Petitioner respectfully asks this Court to modify, set aside or vacate the Commission's June 10, 2026 Order and to remand this matter with instructions to reopen the proceeding, set aside the entry of default, and grant such further relief as may be appropriate.

A copy of the Commission's June 10, 2026 Order is attached as Exhibit 1. The Default Order is attached as Exhibit 2.

MATTHEW HEAD,

By Counsel,

/s/ Christopher D. Pence
Christopher D. Pence, Esq.
Pence Law Firm PLLC
10 Hale Street, 4th Floor
Charleston, WV 25301
Phone: (304) 345-7250
cpence@pencefirm.com

# Certificate of Service

I certify that on July 8, 2026, Matthew Head's Petition for Review was served

on all parties by email and regular United States mail, postage prepaid:


Alexandra J. Gilewicz, Esq.
Office of the Solicitor
U.S. Department of Labor
Division of Mine Safety and Health
200 Constitution Avenue NW, Suite N4428
Washington, DC 20210
Gilewicz.alexandra.j@dol.gov

Thomas A. Paige, Esq.
Office of the Solicitor
U.S. Department of Labor
Division of Mine Safety and Health
200 Constitution Avenue NW, Suite N4428
Washington, DC 20210
Paige.Thomas.a@dol.gov

Melanie Garris
US Department of Labor/MSHA
Office of Assessments, Room N3454
200 Constitution Ave NW
Washington, DC 20210
Garris.Melanie@dol.gov

Acting Chief Judge David P. Simonton
Federal Mine Safety Health Review Commission
1331 Pennsylvania Avenue, NW Suite 520N
Washington, DC 20004-1710
dsimonton@fmshrc.gov

Randy Pinkerton
Brekpinkerton67@yahoo.com

/s/ *Christopher D. Pence*
Christopher D. Pence, Esq.


*Counsel for Petitioner*